AO 91 (Rev. 11/11) Criminal Complaint

| | AUSA: | Zachary Zurek | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| | Special Agent: | Tywonn Mitchell | Telephone: | (703) 505-8372 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Anthony Lamont Davis II

Case: 2:25-mj-30548
Assigned To : Unassigned
Assign. Date : 8/27/2025
Description: CMP USA v. SEALED (SC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9, 2025 and April 10, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Tywonn Mitchell, Special Agent (FBI)
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __August 27, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Tywonn Mitchell, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since January 2025 and am currently assigned to the FBI Detroit Division, Macomb County Resident Agency. During my time as an agent, I have been trained in various investigative techniques. Prior to being employed as an FBI agent, I was employed as an Investigative Specialist with the FBI for approximately six years, where my duties included conducting physical and electronic surveillance for a variety of different violations. Furthermore, before I was an investigative specialist, I was an Operational Support Technician for approximately two years with the FBI. While employed by the FBI, I have helped investigate multiple federal criminal violations related to child exploitation, child pornography, and human trafficking. I have gained experience through training at the FBI Academy, during my previous FBI employment and from other experienced Special Agents conducting these types of investigations.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Anthony Lamont Davis II (xx/xx/1995) for violations of 18 U.S.C § 2252A(a)(5)(b) and 2252A(a)(2).

## BACKGROUND

3.  The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents and state and local law enforcement officers: written reports about this and other investigations that I have received, directly, or indirectly, from other law enforcement officers; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish that Anthony Lamont Davis II has violated 18 U.S.C § 2252A(a)(5)(b) and 2252A(a)(2).

## BACKGROUND OF INVESTIGATION

4.  In March 2025, the FBI and local law enforcement in Toledo, Ohio arrested an individual whose identity is known to law enforcement (Subject-1), after Subject-1 traveled to Toledo to engage in sex acts with a notional 7-year-old girl and a notional 6-month-old female infant. Prior to traveling to Toledo for this purpose, Subject-1 communicated with an FBI agent posing as the parent of the notional

children. Subject-1 also sent the FBI agent a video containing child pornography and had received child pornography from the subject of another FBI investigation. Subject-1's cellular phone was seized after his arrest and the FBI obtained a search warrant for the device.

5. A forensic review of Subject-1's phone revealed that he had been in contact via Telegram with multiple individuals with whom he attempted to trade images and videos depicting child pornography. One of the individuals who Subject-1 was in contact with was an individual with the username of "@Maroon850."

6. On April 8, 2025, Subject-1 gave investigators consent to assume his online identity via his iPhone 15 and his social media applications within it. Investigators reached out to Telegram username "@Maroon850" on April 9, 2025. During the conversation "@Maroon850" sent investigators approximately three videos containing child pornography including the following:

    a. An 18-minute video of a purported 10-year-old boy performing oral sex on an adult male.

    b. A 1 minute and 51 second video of an adult male kissing and touching the anus of a prepubescent young boy.

    c. A 4 minute and 26 second video of two prepubescent boys masturbating.

7. In addition, "@Maroon850" discussed his sexual interest in children during the same chat conversation. Below is a sample of an April 10, 2025, conversation between "@Maroon850" and Investigators:

> **Investigators:** Active?
>
> **"@Maroon850":** Yes
>
> **Investigators:** Same here
>
> **Investigators:** Age pref bro?
>
> **"@Maroon850":** 5 and up.

"@Maroon850" also expressed his interest in a 10-year-old boy in later text messages with investigators.

8. Based on the above chats, FBI agents served an administrative subpoena to Telegram for information pertaining to @Maroon850. Pursuant to the subpoena, Telegram revealed that the username "@Maroon850" was associated with a known IP address and telephone number 313-xxx-0588. Open-source information associated this telephone number with Anthony Lamont Davis II.

9. The known IP address was assigned to an internet user by Comcast. Pursuant to an administrative subpoena, Comcast revealed that the subscriber for the above IP address is Anthony Lamont Davis II, with a service address at an identified address in Clinton Township, Michigan.

4

10. Open-source information indicated telephone number 313-XXX-0588 was associated with a PayPal account using the name of Company-1. Davis was identified as the Resident agent of Company-1. Company-1 was also associated with Facebook and Instagram accounts which had posted pictures of Davis's face alongside Company-1's products. I know the Facebook and Instagram pictures to be of Davis because I compared those pictures to Davis's Michigan Secretary of State driver's license photograph.

11. A report from the Clinton Township Police Department dated June 2, 2025, listed a silver 2010 Ford Escape, license plate ETPXXXX as Davis's vehicle. Furthermore, another report from the Clinton Township Police Department dated September 24, 2023, listed the Clinton Township residence as Davis's address and phone number 313-XXX-0588 as Davis's phone number.

12. The FBI observed Davis on multiple occasions in June and July 2025, in the Ford Escape, both at the Clinton Township residence and at his place of work.

## **CONCLUSION**

13.     Based on the forgoing, there is probable cause to believe that Anthony Lamont Davis II is in possession of child pornography, in violation of 18 U.S.C § 2252A (a)(5)(b), and distributed child pornography, in violation of 18 U.S.C 2252A (a)(2).

Respectfully Submitted,

Tywonn Mitchell, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

August 27, 2025